## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

JOE HAND PROMOTIONS, INC.,

               Plaintiff,

         - against -

THE CHOCOLATE ROOM, INC. d/b/a
THE CHOCOLATE ROOM and
PRENTICE LOWE,

               Defendants.

CASE NO.: 5:21-cv-217-TES

### ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS

Default having been entered in this action on or about September 1, 2021 and August 17, 2021 against Defendants The Chocolate Room, Inc. d/b/a The Chocolate Room and Prentice Lowe, respectively, and the application for and declaration in support of default judgment having been filed on or about September 3, 2021, and having been served on Defendants The Chocolate Room, Inc. and Prentice Lowe and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of Default Judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants The Chocolate Room, Inc. d/b/a The Chocolate Room and Prentice Lowe and in favor of Joe Hand Promotions, Inc., as follows:

a. **Statutory damages (pursuant to 47 U.S.C. § 605 (e)(3)(C)(i)(II)): in the amount of $_____ for the unlawful exhibition of Plaintiff's Program,**

**OR**

1

$ 1,200  in statutory damages (pursuant to 47 U.S.C. 553 § (c)(3)(A)(ii)):

based of finding of willfulness for the unlawful commercial exhibition Plaintiff's

Program; and,

b. Enhanced damages (pursuant to 47 U.S.C. § 605 (e)(3)(C)(ii)) in the amount of $_

#5000.

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE

FOREGOING IN THE SUM OF  $6,200.  plus attorneys' fees in the amount of

$3,342.50, for total judgment amount of $9,542.50  along with costs in an amount

to be determined by the Court and claimed by the Plaintiff on a Costs Bill to be filed

within fourteen (14) days from the date of this order.

IT IS SO ORDERED:

Dated: 9/7/21

The Honorable Tilman E. Self
United States District Court
Middle District of Georgia

2