IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOE HAND PROMOTIONS, INC.,      *

            Plaintiff,      *

v.      Case No.    5:21-cv-000217-TES

     *

CHOCOLATE ROOM, INC., et al.,

     *

            Defendants.

     *

## **DEFAULT J U D G M E N T**

Pursuant to the Order of this Court filed September 7, 2021, and for the reasons stated therein, JUDGMENT is hereby entered awarding $1,200.00 in statutory damages (pursuant to 47 U.S.C. 553 § (c)(3)(A)(ii)): based of finding of willfulness for the unlawful commercial exhibition Plaintiff's Program; and enhanced damages (pursuant to 47 U.S.C. § 605 (e)(3)(C)(ii)) in the amount of $5,000.00.  JUDGMENT is entered in accordance with the foregoing in the sum of $6,200.00 plus Plaintiff attorneys' fees in the amount of $3,342.50., for total judgment amount of $9,542.50 along with costs in an amount to be determined by the Court and claimed by the Plaintiff on a Costs Bill. This amount shall accrue interest from the date of entry of judgment at the rate of  0.07  % per annum until paid in full.

This 8th day of September, 2021.

                                                      David W. Bunt, Clerk

                                                      s/ Tydra Miller, Deputy Clerk